# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

February 13, 2017

Before

FRANK H. EASTERBROOK, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| Nos. 15-2204 & 16-1864 | Petitions for Review of Orders of the Board of Immigration Appeals. |
| MARGARITA DEL PILAR FITZPATRICK, *Petitioner*, | |
| *v.* | No. A097 846 616 |
| JEFF SESSIONS, Attorney General of the United States, *Respondent*. | |

**Order**

The opinion of this court issued today, February 13, 2017, is amended as follows:

Page 2, line 7 from the bottom, "when response" should be "when in response".